No. 291. LONDON & LANCASHIRE INDEMNITY Co. v. STEFUS ET AL. October 9, 1933. Petition for writ of cer-

tiorari to the Supreme Court of New Jersey denied. *Mr. George S. Hobart* for petitioner. *Mr. Jerry A. Mathews* for respondents.